UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIK HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22 CV 129 |
| AMERICAN HONDA FINANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) |

### O R D E R

On December 8, 2022, Magistrate Judge John E. Martin issued a Report and Recommendation that this court dismiss plaintiff's case without prejudice for failure to prosecute and comply with court orders. No objection to the Report and Recommendation has been timely filed, so the court now **ADOPTS** Magistrate Judge Martin's Report and Recommendation (DE # 26), and **DISMISSES** this case **without prejudice**.

**SO ORDERED.**

Date: February 27, 2023

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT